UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CSMC 2019-RPL4 Trust

In Re:

Barry Joseph Trogu, Jr. & Susan Bonnie Trogue,

Debtors.

Case No.:     18-20398-MBK

Chapter:     13

Hearing Date:     10/28/2020

Judge:     Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 605 15th Avenue, Belmar, NJ (Docket # 23)

_____

Date: 10/23/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*